UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X

| | |
|---|---|
| KDH CONSULTING GROUP LLC, directly and derivatively on behalf of ITERATIVE CAPITAL, L.P., <br><br> Plaintiff, <br><br> – against – <br><br> ITERATIVE CAPITAL MANAGEMENT L.P., ITERATIVE CAPITAL GP, LLC, ITERATIVE OTC, LLC (D/B/A "I2 TRADING" AND "ESCHER"), ITERATIVE MINING, LLC, BRANDON BUCHANAN and CHRISTOPHER DANNEN, <br><br> Defendants. | **20-cv-3274** <br><br> **ECF Case** <br><br><br><br><br> **JURY TRIAL DEMANDED** |

-------------------------------------------------------------------------- X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff KDH Consulting Group LLC, declares that it has no parent corporation and no publicly traded corporation currently owning 10% or more of its stock.

Dated: April 27, 2019
New York, New York

DILENDORF KHURDAYAN PLLC

*Rika Khurdayan* (signature)
_____

by: Rika Khurdayan, Esq.
federal bar number AK9122

*Attorneys for Plaintiff*
60 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 457-9797
rk@dilendorf.com