USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 28, 2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
KDH CONSULTING GROUP LLC,               :
                                        :
                    Plaintiff,          :      20 Civ. 3274
                                        :
    - against -                         :         ORDER
                                        :
ITERATIVE CAPITAL MANAGEMENT L.P.,      :
et al.,                                 :
                                        :
                    Defendants.         :
---------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

In light of the ongoing public health emergency, the hearing scheduled to take place before the Honorable Victor Marrero on Monday, May 11, 2020, at 10:00 a.m., will take place by teleconference. (See Dkt. No. 9.) The parties are directed to use the following dial-in: (888) 363-4749 (international callers dial (215) 446-3662), access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Dated:   New York, New York
         28 April 2020

_____
Victor Marrero
U.S.D.J.