UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KDH CONSULTING GROUP LLC, directly and
derivatively on behalf of ITERATIVE CAPITAL, L.P.,

                                    Plaintiff,     Civil Action No. 1:20-cv-3274 (VM)

    -against-

ITERATIVE CAPITAL MANAGEMENT L.P.,
ITERATIVE CAPITAL GP, LLC, ITERATIVE OTC,
LLC (D/B/A "I2 TRADING" AND "ESCHER"),
ITERATIVE MINING, LLC, BRANDON BUCHANAN
and CHRISTOPHER DANNEN,

                                    Defendants.
------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned is admitted to practice in this Court and hereby appears as counsel in this action for Defendants Iterative Capital Management L.P., Iterative Capital GP, LLC, Iterative OTC, LLC (d/b/a "i2 Trading" and "Escher"), Iterative Mining, LLC, Brandon Buchanan and Christopher Dannen.

Dated: May 1, 2020

                                    Respectfully submitted,

                                    *s/ Lawrence Gerschwer*
                                    BARNES & THORNBURG LLP
                                    445 Park Avenue, Suite 700
                                    New York, NY  10022
                                    (646) 746-2022
                                    Email: lgerschwer@btlaw.com

To:    The Clerk of the Court
         All Counsel of Record