USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 1, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------X
KDH CONSULTING GROUP LLC,              :
                                       :
                      Plaintiff,       :      20 Civ. 3274
                                       :
                                       :         **ORDER**
ITERATIVE CAPITAL MANAGEMENT L.P.      :
et al.,                                :
                                       :
                      Defendants.      :
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that subparagraph (d) on page 2 and subparagraph (e) on pages 3-4 of the Court's Order to Show Cause dated April 27, 2020 (Dkt. No. 9), both relating to the production of books and records specified in Plaintiff's Demand to Inspect Books and Records dated April 14, 2018, are suspended. The Court will address the matter at the teleconference scheduled for Tuesday, May 5, 2020, at 4:00 p.m.

**SO ORDERED:**

Dated:   New York, New York
         1 May 2020

_____
Victor Marrero
U.S.D.J.