USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 10, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------X
KDH CONSULTING GROUP LLC,                 :
                                          :
                    Plaintiff,            :        20 Civ. 3274
                                          :
      - against -                         :        **ORDER**
                                          :
ITERATIVE CAPITAL MANAGEMENT L.P.,  :
et al.,                                   :
                                          :
                    Defendants.     :
-----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Plaintiff KDH Consulting Group LLC ("KDH") brought this action against Iterative Capital Management L.P., Iterative Capital GP, LLC, Iterative OTC, LLC, Iterative Mining, LLC, Brandon Buchanan, and Christopher Dannen (collectively, "Defendants"). KDH sought an Order to Show Cause and Temporary Restraining Order. (See Dkt. No. 1.) The Court (Part I) granted the Temporary Restraining Order on April 27, 2020. (See "TRO," Dkt. No. 9.) KDH also sought to file one of its declarations, the declaration of Wayne Hatami, under seal, arguing that certain of its accompanying exhibits "are not generally available to the public and may contain confidential and sensitive information." (See "Motion to Seal," Dkt. No. 7; "Hatami Declaration," Dkt. No. 8.) The Court (Part I) noted that KDH had not made a sufficient showing that the documents should be sealed and so granted the Motion to Seal only temporarily, for a limited period of ten days, and directed KDH to submit,

1

within that time, proposed redactions to the Hatami Declaration exhibits. (See "April 27 Order," Dkt. No. 10.)

Defendants subsequently moved for immediate relief from the TRO. (See "Motion," Dkt. No. 14.) The Court held a telephone conference ("Teleconference") on May 5, 2020 to discuss the Motion. (See Docket Minute Entry Dated May 5, 2020.) Following the Teleconference, the Court granted Defendants' Motion pursuant to Federal Rule of Civil Procedure 65(b)(4). (See "Order," Dkt. No. 18.) In both the Teleconference and the Order, the Court directed the parties to confer and to develop and submit to the Court a proposed case management plan and proposed protective order. (Order at 2-3.) The Court did not set a deadline for the parties' submissions, and the April 27 Order expired on May 7, 2020. Accordingly, it is hereby

**ORDERED** that by Wednesday, May 13, 2020, the parties submit a proposed protective order to the Court. If the parties do not agree on the terms of such an order by May 13, 2020, Defendants are directed to inform the Court which portions of the Hatami Declaration and its exhibits that they believe should be sealed. **SO ORDERED.**

Dated: New York, New York
        10 May 2020

_____
                Victor Marrero
                U.S.D.J.