AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| KDH CONSULTING GROUP LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> ITERATIVE CAPITAL MANAGEMENT L.P., ITERATIVE CAPITAL GP, LLC, ITERATIVE OTC, LLC, ITERATIVE MINING, LLC, BRANDON BUCHANAN and CHRISTOPHER DANNEN <br><br> *Defendant(s)* | Civil Action No. 20-cv-3274 (VM) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEE ATTACHED RIDER.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DILENDORF KHURDAYAN PLLC
Rika Khurdayan, Esq.
60 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 457-9797
rk@dilendorf.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/19/2020      /s/ P. Canales

*Signature of Clerk or Deputy Clerk*



**DEFENDANT LIST**

ITERATIVE CAPITAL MANAGEMENT L.P.
233 Broadway, Suite 2703
New York, New York 10013


ITERATIVE CAPITAL GP, LLC
233 Broadway, Suite 2703
New York, New York 10013


ITERATIVE OTC, LLC
233 Broadway, Suite 2703
New York, New York 10013


ITERATIVE MINING, LLC
233 Broadway, Suite 2703
New York, New York 10013


BRANDON BUCHANAN


CHRISTOPHER DANNEN