# Gleb Zaslavsky, Esq.

**Subject:**                         FW: FW: KTH Investments

From: nyspinept███████@aol.com>
Date: 4/7/18 7:51 PM (GMT-05:00)
To:███████@iterative.capital
Cc: "Feliks Kogan ████████@aol.com)" ████████@aol.com>, █████████@gmail.com
Subject: KTH Investments

Hi, I have made numerous attempts by emails and via website with no response back. Our group had no knowledge of the last call, likewise have not been privea to any updates on daily activities . We gained information recently via third party.
With that being said,  we would like a call Monday morning to understand where our investment stands and the process of withdrawing.

Wayne Hatami. 516████2

Sent from my Verizon, Samsung Galaxy smartphone