

**Brandon Cryptofund** — Mobile

4/11/18 6:09 PM

Hi it's Wayne we are at the hotel are you here?

4/11/18 6:14 PM

Apologies again. We have been at the mine rebalancing. Will definitely see you tomorrow!

4/12/18 12:58 PM

Wayne - hope dinner was good last night. You guys around today?

4/12/18 1:14 PM

Hi Brandon we are available from 245 - 345 at our Park Ave office

505 Park ave.,, 3rd floor surgicore

4/12/18 1:21 PM

Ok. Chris won't be able to join but I'll come uptown.



**Brandon Cryptofund** — Mobile

uptown.

Chris can meet next week for lunch or dinner if you guys are around then. If you prefer to meet us both at once, then next week. Let me know what your preference is.

4/12/18 2:09 PM

Sorry today is getting away from me. There's a lot of market activity and our software is trading. Let's get something in stone next week when Chris and all you guys can meet. We will have the update call tomorrow and be sharing reports from auditors soon, so perhaps better to talk through that than I'm the abstract anyways.

[Auto-Reply] I'm driving right now - I'll get back to you later.

4/27/18 4:44 PM

Hi Brandon please let me know when you will be back in NY again.

Sent

4/27/18 6:21 PM

No immediate plans.