# Gleb Zaslavsky, Esq.

**Subject:** I.C. Fund Investment - Questions

From: **Brandon Buchanan** <@iterative.capital>
Date: Tue, Feb 26, 2019 at 1:27 PM
Subject: Re: I.C. Fund Investment - Questions
To: Masha Baikoff <@gmail.com>
Cc: Evan Mesterhazy <@iterative.capital>, Tony <@gmail.com>, Wayne <@aol.com>, Feliks Kogan <@aol.com>

Thanks, Masha. Confirming receipt of your questions/emails. Can you please have Tony, Wayne, or Feliks respond to this e-mail that they authorize me providing you with the executed documents. Since I don't have a record of your contact information in the subscription documents, and this is the first occasion in which we've had an e-mail exchange, I'd like to have some confirmation from one of the investors.

As for your questions, we have put together (and are finalizing) a detailed model showing most of what you've asked (and probably the only detail we're willing to share), so please standby for that document which will be delivered in a week or so.

On Tue, Feb 26, 2019 at 12:38 PM Masha Baikoff <@gmail.com> wrote:

> Brandon,
>
> Yes, kindly provide with the copy of our duly executed partnership agreement.
>
> Also, kindly advise of the following:
>
> 1. what are our assets and liabilities to this date;
> 2. what is the life span for the mining cycle? can we get a detailed lay-out for 6 mo, 12 mo and etc.?
> 3. the state where the mining farms are located;
> 4. do we have our own actual miners you are buying the hash power from third parties?
> 5. the electricity price per KW you are using;
> 6. the amount of miners and the exact models;
> 7. what crypto-currencies they are mining and at what rate per date;
> 8. how much have been mined so far
> 9. where these crypto-currencies are located, on cold wallet, on crypto exchanges?
> 10. As per portfolio - who makes the executive decision when and where to relocate the funds...etc.
> 11. what is the real picture of what we can return at today's date;
> 12. Provide us with a detailed report on how our invested money were spent;
>
> Thank you for you anticipated help and cooperation.