# Gleb Zaslavsky, Esq.

**Subject:** FW: Re: URGENT: Iterative Capital | Closing Documents (KDH Consulting Group, LLC)

On Mar 7, 2019, at 3:37 PM, Brandon Buchanan <@iterative.capital> wrote:

> Hi Feliks,
>
> Your need for immediate withdrawal is noted. However, my previous e-mail already outlines the timeframe and details known to me. I am re-attaching the LPA and investor letter with respect to the side pocket for your convenience.
>
> Section 5.5 of the LPA discusses the 90 days notice for withdrawal. As stated in my previous e-mail, your withdrawal date will be at the end of Q2. Given that it takes the fund administrator a month or two to finalize the NAV reports, you can expect to receive the liquid portion of your capital account around July or August. Because the NAV is calculated at the end of the quarter, it is impossible for me to tell you what that amount is today.
>
> Regarding the side pocketed assets, we will distribute proceeds on an ongoing basis as assets are liquidated pro-rata based on LP percentage. Please refer to the letter for additional details as well as Section 3.10 of the LPA.
>
> I hope this is helpful.
>
> Best,
> Brandon
>
> On Thu, Mar 7, 2019 at 2:39 PM syrus08 <@aol.com> wrote:
>
>> We need the money as soon as possible. Let us know the date and the amount. Masha our official request ASAP. And terms of getting balance after you guys sell the mining equipment. Thx
>>
>> Sent from my iPhone
>>
>> On Mar 7, 2019, at 2:18 PM, Brandon Buchanan <@iterative.capital> wrote:
>>
>>> Hi Masha,
>>>
>>> I believe that I forwarded you the requested documents. We have not sent the model containing all of the data points yet, as it isn't completed. That said, I have noted your request.
>>>
>>> We require 90 days notice to withdraw, so the next withdrawal opportunity will be in June of this year. At that point we will be able to send back the liquid portion of the groups portfolio. I won't know the amount until the NAV has been calculated at that time. Please note that all of the Fund's mining assets are in a side pocket and so won't be distributed until the Fund has liquidated those assets, which we estimate to be 18 months from now.
>>>
>>> Please let us know if you have any additional questions.

Best,
Brandon

On Thursday, March 7, 2019, Masha Baikoff <@gmail.com> wrote:

Gentlemen,

As far as I understand it is taking longer than expected to get all the answers tot he question submitted to you earlier.

At this point let this email serve as an official notice to withdraw ( we would like to execute our  right to get our investments back).

Thus, kindly advise at your earliest as to:

1) **Time frame** (when we can expect our funds to be released to us)
2)  **Amount** (how much are we getting back in percentage and USD)
3) **Terms and Conditions** (your responsibility for the remainder of our capital investment)

Kindly advise at your earliest convenience. Thank you