# Gleb Zaslavsky, Esq.

**Subject:** FW: Iterative Capital, LP | Restructuring Consent (KDH)

On Thu, Mar 19, 2020 at 12:59 PM Brandon Buchanan <@iterative.capital> wrote:

Hi Masha,

Answers in-line below.

On Thu, Mar 19, 2020 at 11:48 AM Masha Baikoff <@gmail.com> wrote:

Brandon,

Kindly provide with the following information:

1. Please confirm that all anticipated and non-anticipated expenses will be equal or less than **$100,000** (including tax consequences, legal expenses, audit and etc.);

<span style="color:red">I can't confirm that. I can only provide an estimate at this point. Legal expenses can vary greatly depending on complexity, filings, etc. that may be involved as part of the dissolution.</span>

1. Please confirm the anticipated refund amount to KDH **is not less than $312, 022.32**

<span style="color:red">That is the current understanding. However, we sent an update to all investors yesterday alerting them to the fact that we have extended the offering an additional month given the public health crisis and current market conditions. It is more likely than not that we will have to re-mark the NAV as of the end of Q1, which would show additional declines to the NAV as a result of machine depreciation and mark to market price of the underlying cryptocurrencies currently held.</span>

1. Please provide with the **timeline of the funds** return to the Investors, i.e. provide in details where the funds are anticipated to come from?

<span style="color:red">The funds will come from a liquidation of assets held by the fund and cash on hand.</span>

1. Please provide with the **set date (deadline)** when the funds will be received. Can we include this language in the release to be signed?

<span style="color:red">Please see my comment above. The earliest funds would be remitted would be May. But, it may be longer than that if we have to get a new valuation report and re-confirm with investors desiring to liquidate that have sent in their consent forms. And, that's not taking into account if market conditions during that interim period.  No, we won't be including any additional language for the very reason we're encountering right now. This opportunity to liquidate is not a negotiation. We can keep the assets in a side pocket. But, we're trying to present an alternative to investors that no longer desire to be in the Fund.</span>

Please provide with all this information at your earliest convenience. Thank you

On Sat, Mar 14, 2020 at 10:20 AM Brandon Buchanan <@iterative.capital> wrote:

Hi Masha,

In your header, you put "New Tech" whereas the group on this e-mail corresponds to KDH Consulting. Are you representing New Tech as well?

The amount investors may receive under the current proposal is based on the 12/31/19 NAV, which is $318,522.32. I don't know the exact amount of expenses for legal, tax, audit for this stub period, but I estimate in the neighborhood of $100K on the high end, of which KDH would be responsible for approximately 6.5% as their pro-rata share of costs.

Given the current market conditions, we are likely to extend the offering (i.e., suspend) until there is more clarity that the virus has been contained and markets have begun their recovery. So, for those looking to liquidate, it is unlikely to happen on the time horizon we initially laid out; we'll be updating investors some time next week in this regard. That said, the terms of the restructuring will be the same, so please continue to ask questions as you have them and return the Exhibit B at your earliest convenience.

Best,
Brandon



Brandon Buchanan | @bkbuchanan
Managing Partner
Iterative Capital Management
Mobile +1.917.____4

On Fri, Mar 13, 2020 at 3:29 PM Masha Baikoff <@gmail.com> wrote:

Brandon,

We are in receipt of the Restructuring Consent. Please confirm the final net amount we are going to receive on hands if we sign the proposal.

Kindly provide the set percentage or number after all deductions for us to consider

Please expedite. THANK YOU

--
--
**Sincerely yours,**

**Masha Baikoff**

**(212) 220 9922**



**People are like stained-glass windows. They sparkle and shine when the sun is out, but when the darkness sets in, their true beauty is revealed only if there is a light from within....**

*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to*

[REDACTED]*@gmail.com*