# Investor Statement



Iterative Capital LP

As of 3/31/2020

KDH Consulting Group LLC
103 Waterview Drive
Sound Beach, NY 11789

## Statement of Capital Account

|  | Quarter to Date | Year to Date |
|---|---|---|
| Beginning Net Asset Value | $318,522.32 | $318,522.32 |
| Contributions | $0.00 | $0.00 |
| Net Income (Loss) | ($93,402.14) | ($93,402.14) |
| Withdrawals | ($225,120.18) | ($225,120.18) |
| Ending Net Asset Value | $0.00 | $0.00 |

## Investor Performance History

|  | | |
|---|---|---|
| Period Net Rate of Return | -29.32 % | -29.32 % |

Performance is estimated and unaudited. An individual investor's return may differ from other investors' returns and fund level returns due to timing of capital transactions and other investor specific variables. Past performance does not guarantee future results.

Triple Leo Consulting
391 Wilmington Pike, Suite 3, #408
Glen Mills, PA  19342
800.985.9021
investorservices@tripleleo.com

14-April-20