USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 30, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

KDH CONSULTING GROUP LLC,

                Plaintiff,

  – against –

ITERATIVE CAPITAL MANAGEMENT L.P., et al.,
                Defendants.
---------------------------------------------------------------X

1:20 Civ. 03274 (VM)

**MOTION TO RECOVER COSTS AND DAMAGES FROM THE TRO SECURITY POSTED BY PLAINTIFF**

      Defendants Iterative Capital Management L.P., Iterative Capital GP, LLC, Iterative OTC, LLC, Iterative Mining, LLC, Brandon Buchanan, and Christopher Dannen, through undersigned counsel and pursuant to this Court's Decision and Order [Dkt. 37], and Federal Rule of Civil Procedure 65(c) and 65.1, respectfully request that the Court grant their Motion To Recover Costs and Damages From the TRO Security Posted By Plaintiff, awarding Defendants their costs and damages incurred as a result of the temporary restraining order wrongfully issued on April 27, 2020 [Dkt. 9], up to the amount of the security posted by Plaintiff KDH Consulting Group LLC. The facts in support of this Motion are presented in the attached Declaration of Brandon Buchanan and the arguments in support of this Motion are presented in the attached Memorandum in Support, each of which are incorporated herein.

Dated: July 29, 2020

                                              Respectfully submitted,

                                              *s/ Robert J. Boller*
                                              Robert J. Boller
                                              Lawrence Gerschwer
                                              BARNES & THORNBURG LLP
                                              445 Park Ave., Suite 700
                                              New York, NY 10022-8634
                                              Phone: 646-746-2020
                                              Fax: 212-872-1002
                                              Email: rboller@btlaw.com
                                                         Lawrence.Gerschwer@btlaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 29, 2020, I served a copy of the foregoing upon the below via the Court's CM/ECF system:

Rika Khurdayan
Dilendorf Khurdayan PLLC
60 Broad Street, 24th Floor
New York, NY 10004
rk@dilendorf.com

*Counsel for Plaintiff*

                  *s/ Robert J. Boller*
                  Robert J. Boller

---

Plaintiff is directed to respond within five days of the date of this Order.

SO ORDERED.

July 30, 2020
DATE

VICTOR MARRERO, U.S.D.J.