UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- X

KDH CONSULTING GROUP LLC,          20 Civ. 3274 (VM)

               Plaintiff,

– against –

ITERATIVE CAPITAL MANAGEMENT L.P.,
ITERATIVE CAPITAL GP, LLC, ITERATIVE OTC,
LLC (D/B/A "I2 TRADING" AND "ESCHER"),
ITERATIVE MINING, LLC, BRANDON BUCHANAN
and CHRISTOPHER DANNEN,

               Defendants.
----------------------------------------------------------------------------X

**DECLARATION OF RIKA KHURDAYAN IN OPPOSITION TO DEFENDANTS' MOTION TO RECOVER UNDER THE TRO SECURITY**

I, Rika Khurdayan, declare under penalty of perjury that the following is true and correct:

1. I am a partner at Dilendorf Khurdayan PLLC and an attorney of record for the Plaintiff in the above captioned action. I am an attorney duly admitted to practice before this Court.

2. I respectfully submit this declaration in opposition to Defendants ITERATIVE CAPITAL MANAGEMENT L.P's, ITERATIVE CAPITAL GP, LLC's, ITERATIVE OTC, LLC's, ITERATIVE MINING, LLC's, BRANDON BUCHANAN's ("Buchanan") and CHRISTOPHER DANNEN's ("Dannen") (collectively, "Defendants") motion for recovery on Plaintiff's TRO security and to transmit true and correct copies of the following documents:

    Exhibit A:    Email with attachment from Buchanan and Dannen to Plaintiff, dated May 8, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on August 4, 2020
New York, New York

*Rika Khurdayan*
Rika Khurdayan