UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X

| | |
|---|---|
| KDH CONSULTING GROUP LLC, directly and derivatively on behalf of ITERATIVE CAPITAL, L.P., <br><br>                                                         Plaintiff, <br><br>  – against – <br><br> ITERATIVE CAPITAL MANAGEMENT L.P., ITERATIVE CAPITAL GP, LLC, ITERATIVE OTC, LLC (D/B/A "I2 TRADING" AND "ESCHER"), ITERATIVE MINING, LLC, BRANDON BUCHANAN and CHRISTOPHER DANNEN, <br><br>                                                         Defendants. | **20 Civ. 3274 (VM)** <br><br> **Hon. Victor Marrero** <br><br><br> **NOTICE OF CHANGE OF LAW FIRM NAME** |

-------------------------------------------------------------------------X

TO:   The Clerk of Court and All Parties of Records:

PLEASE TAKE NOTICE THAT the law firm Dilendorf Khurdayan PLLC has changed its name to Khurdayan PLLC. The new contact information is:

Khurdayan PLLC
60 Broad Street, 24th floor
New York, NY 10004
Telephone: (917) 210-1066

Dated:  November 13, 2020
        New York, New York

KHURDAYAN PLLC

*Rika Khurdayan* (signature)

by: Rika Khurdayan, Esq.
federal bar number AK9122

*Attorneys for Plaintiff*
60 Broad Street, 24th Floor
New York, NY 10004
Tel: (917) 210-1066
rika@kstechlaw.com