# **EXHIBIT A**

# BARNES & THORNBURG LLP

11 South Meridian Street
Indianapolis, Indiana 46204-3535 U.S.A.
E.I.N. 35-0900596
(317) 236-1313

Invoice  2367672

ITERATIVE CAPITAL MANAGEMENT
BRANDON BUCHANAN
226 EAST 54TH STREET, 2ND FLOOR
NEW YORK, NY  10022

July 16, 2020
Lawrence Gerschwer
█████-000001

PAYABLE UPON RECEIPT

| | |
|---|---|
| Fees for Services | $ ███████ |
| Other Charges | $ ███████ |
| **TOTAL THIS INVOICE** | $ ███████ |

REMITTANCE

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A.

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com   Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: ███████  SWIFT CODE: ███████
ABA ███████ for ACH     ABA ███████ for Wires
**We will not use email to inform you of a change in our wiring instructions**

**BARNES & THORNBURG** LLP

11 South Meridian Street
Indianapolis, Indiana 46204-3535 U.S.A.
E.I.N. 35-0900596
(317) 236-1313

Invoice  2367672

Page 2

ITERATIVE CAPITAL MANAGEMENT
BRANDON BUCHANAN
226 EAST 54TH STREET, 2ND FLOOR
NEW YORK, NY  10022

July 16, 2020
Lawrence Gerschwer
-000001

PAYABLE UPON RECEIPT

-000001
**S/B KDH CONSULTING GROUP LLC**

   For legal services rendered in connection with the above matter for the period ending June 30, 2020 as described on the attached detail.

| | |
|---|---|
| Fees for Services | $ ▮▮▮ |
| Other Charges | $ ▮▮▮ |
| **TOTAL THIS INVOICE** | $ ▮▮▮ |

■■■■-000001    ITERATIVE CAPITAL MANAGEMENT

Page 3

S/B KDH CONSULTING GROUP LLC

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/27/20 | Robert Boller | ■■■ | 2.60 |
| 04/28/20 | Robert Boller | Multiple calls with B. Buchanan, W. Mongan, L. Gerschwer regarding temporary restraining order; ■■■ emails with opposing counsel; craft strategy; ■■■ review books and records demand; call with C. Lynch; ■■■ draft outline for call with opposing counsel. | 6.00 |
| 04/28/20 | Christopher L. Lynch | Telephone conference with Boller ■■■ participate in telephone conference with former counsel ■■■ | 5.80 |
| 04/29/20 | Scott Beal | ■■■ | 0.50 |
| 04/29/20 | Robert Boller | Call with L. Gerschwer and C. Lynch; prepare for call with opposing counsel; call with opposing counsel; follow-up calls with L. Gerschwer and C. Lynch; ■■■ review requirements of DE 17-305; review books and records demand; ■■■ calls with B. Buchanan; draft list of documents we can provide to other side; call with B. Buchanan; ■■■ | 5.80 |
| 04/29/20 | Lawrence Gerschwer | Telephone call with Rob Boller and Chris Lynch to discuss approach; telephone conversation with plaintiffs counsel Gleb Zaslavsky and Rika Khurdayan; follow up with Brandon Buchanan to debrief client and discuss approach; follow up; ■■■ | 2.00 |
| 04/29/20 | Christopher L. Lynch | Telephone conference with opposing counsel; follow up call to discuss response strategy; ■■■ | 10.20 |
| 04/29/20 | Leah L. Seigel | ■■■ | 0.30 |
| 04/30/20 | Scott Beal | ■■■ | 3.60 |

██████ -000001        ITERATIVE CAPITAL MANAGEMENT

Page 4

S/B KDH CONSULTING GROUP LLC

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/30/20 | Robert Boller | review research regarding DE books and records action; ██████ review documents from B. Buchanan; review communications from KDH attorney regarding books and records demand; ██████ | 12.10 |
| 04/30/20 | Lawrence Gerschwer | ██████ | 9.50 |
| 04/30/20 | Christopher L. Lynch | ██████ | 8.90 |
| 04/30/20 | Leah L. Seigel | ██████ | 1.90 |
| 04/30/20 | Leah L. Seigel | ██████ | 0.70 |
| 04/30/20 | Leah L. Seigel | ██████ | 1.10 |
| 04/30/20 | Leah L. Seigel | ██████ | 0.40 |
| 04/30/20 | Leah L. Seigel | ██████ | 0.60 |
| 04/30/20 | Leah L. Seigel | ██████ | 0.20 |
| 04/30/20 | Roxanne Larrison | ██████ | 2.90 |