

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: December 16, 2020

Rika Khurdayan, Esq.
rika@kstechlaw.com

**December 15, 2020**

TO: Honorable Victor Marrero
United States District Judge
Southern District Of New York
500 Pearl St, Suite 1610
New York, NY 10007

<u>VIA ELECTRONIC MAIL TO CHAMBERS</u>
<u>WITH A COPY TO DEFENDANTS</u>

RE: **KDH Consulting Group LLC v. Iterative Capital Management L.P. et al.
<u>20-cv-03274 | Renewed TRO Security Motion | Request for an Extension</u>**

Dear Hon. Judge Marrero:

This office represents Plaintiff in the above-referenced matter.

On November 30, 2020, the Court granted Defendants a leave to renew their motion to recover the security posted by Plaintiff KDH Consulting Group LLC pursuant to Rule 65(c) of the Federal Rules of Civil Procedure ("TRO Security"), which the Court had previously denied.

On December 11, 2020, Defendants' filed the renewed motion ("Second Motion"). On December 14, the Court directed Plaintiff to respond to the Second Motion by December 18, 2020.

Plaintiff needs additional time to respond to the Second Motion because of the prior commitments and the tight pre-holiday schedule, which includes unrelated litigation and closing several transactions this year. Also, Defendants were not constrained in volume or in time when they received the Court's leave to renew, and filed the Second Motion 11 days after the leave.

Defendants (cc'd to this letter) consent to a 10-day extension for the Plaintiff's response to be filed by December 28, 2020.

Plaintiff respectfully requests a 10-day extension to respond to the Second Motion. There were no prior requests for an extension.

Sincerely,

*Rika Khurdayan*
Rika Khurdayan, Esq.

cc: Robert Boller
BARNES & THORNBURG LLP
Counsel for the Defendants
445 Park Avenue, Suite 700
New York, NY 10022
rboller@btlaw.com



Request **GRANTED**.
Plaintiff's response to Defendants' renewed motion to recover is hereby due on December 28, 2020.

**SO ORDERED.**

December 16, 2020
DATE

VICTOR MARRERO, U.S.D.J.