# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

KDH Consulting Group LLC
(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 CV 03274 ( )( )

-against-

ITERATIVE CAPITAL MANAGEMENT L.P., ITERATIVE CAPITAL GP, LLC, ITERATIVE OTC, LLC (D/B/A "I2 TRADING" AND "ESCHER"), ITERATIVE MINING, LLC, BRANDON BUCHANAN and CHRISTOPHER DANNEN,
(List the full name(s) of the defendant(s)/respondent(s).)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: KDH Consulting Group LLC

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☐ judgment  ☒ order  entered on: November 30, 2020
(date that judgment or order was entered on docket)

that: granted Defendants leave to renew motion to recover damages against the TRO bond posted by Plaintiff.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

12/29/2020
Dated

*Signature:* Rika Khurdayan

Khurdayan, Rika
Name (Last, First, MI)

60 Broad Street, 24 floor    New York    NY    10004
Address                      City         State  Zip Code

917-210-1066                 rika@kstechlaw.com
Telephone Number             E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13