Tuesday, March 23, 2021 at 10:25:41 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | 1:20-cv-03274 \| KDH Consulting Group LLC v. Iterative et al \| Urgent |
| **Date:** | Tuesday, March 16, 2021 at 8:10:15 PM Eastern Daylight Time |
| **From:** | Gleb Zaslavsky |
| **To:** | Boller, Rob |
| **CC:** | Gerschwer, Lawrence, Rika Khurdayan |
| **Attachments:** | KDH - IN KIND DISTRIBUTION INVENTORY[1].pdf |

Hi Rob,

Plaintiff considers Iterative's withholding KDH's liquidation proceeds baseless, improper and in bad faith not only to KDH, as a former investor, but also to the remaining investors who will be paying for the continued litigation and increased damages out of their pockets.

We hereby request the immediate release of KDH's in-kind distribution, as calculated and redeemed by Defendants themselves as of April 28, 2020 – see attached. The remaining damages will be litigated in due course. Iterative's withholding of the admitted liquidation proceeds, which are subject to depreciation in value, may increase Plaintiff's damages significantly. This is especially alarming in light of the fund's liquidation, during which the proceeds must have been distributed.

Please confirm processing of the liquidation distribution per KDH's instructions by the end of this week.

Otherwise, Plaintiff will have to file an emergency court application.

Regards,
Gleb

Gleb Zaslavsky, Esq.

**KSTechLaw**
Khurdayan PLLC
60 Broad Street, 24th Fl
New York, NY 10004
kstechlaw.com

t:  + 1 917-210-1066
c: + 1 646-961-0444
gleb@kstechlaw.com