UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KDH Consulting Group LLC, directly and derivatively on behalf of ITERATIVE CAPITAL L.P.,

        Plaintiff,

- against –

ITERATIVE CAPITAL MANAGEMENT L.P., ITERATIVE CAPITAL GP, LLC, BRANDON BUCHANAN and CHRISTOPHER DANNEN,

        Defendants.

19-cv-3274 (VM)

**7.1 Disclosure Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Iterative Capital Management, L.P. and Iterative Capital GP, LLC (private non-governmental parties) certifies that:

1. Iterative Capital Management L.P. has no parent corporation and no publicly held corporation own ten percent (10%) or more of its stock; and

2. Iterative Capital GP, LLC has no parent corporation and no publicly held corporation own ten percent (10%) or more of its stock.

Date: April 6, 2021

BARNES & THORNBURG LLP

 /s/ Robert J. Boller_____
Robert J. Boller
Julia R. Livingston
445 Park Avenue, Suite 700
New York, NY 10022
rboller@btlaw.com

- 2 -

jlivingston@btlaw.com

*Attorneys for Defendants Iterative Capital Management, L.P., Iterative Capital GP, LLC, Brandon Buchanan and Christopher Dannen*