

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 28, 2021
```

Khurdayan PLLC
60 Broad Street, 24th Fl
New York, NY 10004
Tel. 917-210-1066

Rika Khurdayan, Esq.
rika@kstechlaw.com

**April 26, 2021**

TO:  Honorable Victor Marrero
United States District Judge
Southern District Of New York
500 Pearl St, Suite 1610
New York, NY 10007

<u>VIA ELECTRONIC MAIL TO CHAMBERS
WITH A COPY TO DEFENDANTS</u>

RE:  **KDH Consulting Group LLC v. Iterative Capital Management L.P. et al.
20-cv-03274 | Renewed TRO Case Management Plan | Request for an Extension**

Dear Hon. Judge Marrero:

Because of the unavoidable scheduling conflicts this and next week due to international travel, Plaintiff respectfully requests an extension of the May 7, 2021, due date for the parties to submit a joint letter and Case Management Plan ("Due Date"). *See* Judge Marrero's Order Dkt. No. 71.

After a consultation with Defendants, Plaintiff asks for the Due Date to be adjourned for 2 weeks, so that the parties have a chance to hold a Rule 26 conference prior to preparing the submissions for the extended Due Date.

Defendants (cc'd) consent to the requested adjournment. There were no prior requests for an extension of the Due Date.

Sincerely,

*Rika Khurdayan*

Rika Khurdayan, Esq.

cc:  Robert Boller
BARNES & THORNBURG LLP
Counsel for the Defendants
445 Park Avenue, Suite 700
New York, NY 10022
rboller@btlaw.com



Request **GRANTED**.
The joint letter and proposed Case Management Plan are hereby due no later than May 21, 2021.

**SO ORDERED.**

April 28, 2021

DATE — VICTOR MARRERO, U.S.D.J.