UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KDH CONSULTING GROUP LLC, directly and derivatively on behalf of ITERATIVE CAPITAL, L.P.,<br><br>                                    Plaintiff,<br><br>          v.<br><br>ITERATIVE CAPITAL MANAGEMENT L.P., ITERATIVE CAPITAL GP, LLC, ITERATIVE OTC, LLC (D/B/A "I2 TRADING" AND "ESCHER"), ITERATIVE MINING, LLC, BRANDON BUCHANAN and CHRISTOPHER DANNEN,<br><br>                                    Defendants. | 20 Civ. 3274 (VM) |

PLEASE TAKE NOTICE that Raphael Janove hereby appears in the above-captioned action on behalf of Plaintiff and demands that all papers in this action be served upon the undersigned at the address stated below.

Date:   June 7, 2021
            New York, NY

POLLOCK COHEN LLP

*/s/ Raphael Janove*

Raphael Janove
60 Broad St., 24th Fl.
New York, NY 10004
Tel.: (215) 667-8607
Email: Rafi@PollockCohen.com

*Counsel for Plaintiff*

- 1 -