UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KDH CONSULTING GROUP LLC, directly and derivatively on behalf of ITERATIVE CAPITAL, L.P.,<br><br>        Plaintiff,<br><br>  v.<br><br>ITERATIVE CAPITAL MANAGEMENT L.P., ITERATIVE CAPITAL GP, LLC, ITERATIVE OTC, LLC (D/B/A "I2 TRADING" AND "ESCHER"), ITERATIVE MINING, LLC, BRANDON BUCHANAN, and CHRISTOPHER DANNEN,<br><br>        Defendants. | 20 Civ. 3274 (VM) |

  PLEASE TAKE NOTICE that Adam Pollock hereby appears in the above-captioned action on behalf of Plaintiff and demands that all papers in this action be served upon the undersigned at the address stated below.

Date: June 8, 2021
    New York, NY      POLLOCK COHEN LLP

               /s/ *Adam Pollock*

               Adam Pollock
               60 Broad St., 24th Fl.
               New York, NY 10004
               Tel.: (646) 290-7251
               Email: Adam@PollockCohen.com

               *Counsel for Plaintiff*