✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN **District of** NEW YORK

KDH Consulting Group LLC, directly and derivatively on behalf of ITERATIVE CAPITAL L.P.,
        Plaintiff (s),

V.

ITERATIVE CAPITAL MANAGEMENT L.P., ITERATIVE CAPITAL GP, LLC, BRANDON BUCHANAN and CHRISTOPHER DANNEN,
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-cv-3274 (VM)

Notice is hereby given that, subject to approval by the court, **KDH Consulting Group LLC** substitutes
(Party (s) Name)

**Raphael Janove**, State Bar No. **5302443** as counsel of record in
(Name of New Attorney)

place of **Rika Khurdayan**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: Pollock Cohen LLP
 Address: 60 Broad St., 24th Fl., New York, NY 10004
 Telephone: (212) 337-5361   Facsimile (347) 696-1227
 E-Mail (Optional): Rafi@PollockCohen.com

I consent to the above substitution.
Date: Jun 11, 2021

*Masha Baikoff*
Masha Baikoff (Jun 11, 2021 12:33 EDT)
Ms. Masha Baikoff
Plaintiff KDH Consulting Group LLC

I consent to being substituted.
Date: Jun 11, 2021

*Rika Khurdayan*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: Jun 11, 2021

*Raphael Janove*
Raphael Janove (Jun 11, 2021 13:28 EDT)
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                       Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**