AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

KDH Consulting Group LLC, directly and derivatively on behalf of ITERATIVE CAPITAL L.P.,
Plaintiff(s),

V.

ITERATIVE CAPITAL MANAGEMENT L.P., ITERATIVE CAPITAL GP, LLC, BRANDON BUCHANAN and CHRISTOPHER DANNEN,
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-cv-3274 (VM)

Notice is hereby given that, subject to approval by the court, __KDH Consulting Group LLC__ substitutes
(Party(s) Name)

__Adam L. Pollock__, State Bar No. __4518833__ as counsel of record in
(Name of New Attorney)

place of __Rika Khurdayan__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Pollock Cohen LLP
Address: 60 Broad St., 24th Fl., New York, NY 10004
Telephone: (212) 337-5361    Facsimile: (347) 696-1227
E-Mail (Optional): Adam@PollockCohen.com

I consent to the above substitution.
Date: Jun 11, 2021

*Masha Baikoff*
Masha Baikoff (Jun 11, 2021 12:32 EDT)

Ms. Masha Baikoff
Plaintiff KDH Consulting Group LLC

I consent to being substituted.
Date: Jun 11, 2021

*Rika Khurdayan*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: Jun 11, 2021

*Adam L. Pollock*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**