AO 154 (10/03) Substitution of Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 14, 2021
```

# UNITED STATES DISTRICT COURT

SOUTHERN    District of    NEW YORK

| | |
|---|---|
| KDH Consulting Group LLC, directly and derivatively on behalf of ITERATIVE CAPITAL L.P., <br><br>            Plaintiff (s), <br> V. <br> ITERATIVE CAPITAL MANAGEMENT L.P., ITERATIVE CAPITAL GP, LLC, BRANDON BUCHANAN and CHRISTOPHER DANNEN, <br>            Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 20-cv-3274 (VM) |

Notice is hereby given that, subject to approval by the court, __KDH Consulting Group LLC__ substitutes
(Party (s) Name)

__Raphael Janove__, State Bar No. __5302443__ as counsel of record in
(Name of New Attorney)

place of __Rika Khurdayan__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Pollock Cohen LLP
Address:       60 Broad St., 24th Fl., New York, NY 10004
Telephone:     (212) 337-5361              Facsimile  (347) 696-1227
E-Mail (Optional): Rafi@PollockCohen.com

I consent to the above substitution.
Date:    Jun 11, 2021

*Masha Baikoff*
Masha Baikoff (Jun 11, 2021 12:33 EDT)

Ms. Masha Baikoff
Plaintiff KDH Consulting Group LLC

I consent to being substituted.
Date:    Jun 11, 2021

*Rika Khurdayan*

(Signature of Former Attorney (s))

I consent to the above substitution.
Date:    Jun 11, 2021

*Raphael Janove*
Raphael Janove (Jun 11, 2021 13:28 EDT)

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    14 June 2021
         New York, New York

Victor Marrero
U.S.D.J.

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]