USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
KDH CONSULTING GROUP LLC,           :
                                    :
                  Plaintiff,        :    20 Civ. 3274 (VM)
                                    :
     - against -                    :    ORDER
                                    :
ITERATIVE CAPITAL MANAGEMENT        :
L.P., BRANDON BUCHANAN,             :
CHRISTOPHER DANNEN,                 :
                                    :
                  Defendants.       :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

A case management conference in this matter was previously scheduled for October 8, 2021. (Dkt. No. 75.) Subsequently, the parties received an extension of time to complete discovery until November 24, 2021. (Dkt. No. 83.)

Accordingly, the October 8, 2021 conference is hereby adjourned until Friday, December 3, 2021 at 3:00 p.m.

**SO ORDERED.**

Dated:   New York, New York
         5 October 2021

_____
            Victor Marrero
              U.S.D.J.