USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KDH CONSULTING GROUP LLC, directly
and derivatively on behalf of
ITERATIVE CAPITAL, L.P.,

                      Plaintiff,

      v.

ITERATIVE CAPITAL MANAGEMENT L.P.,
ITERATIVE CAPITAL GP, LLC, ITERATIVE
OTC, LLC (d/b/a "I2 TRADING" and
"ESCHER"), ITERATIVE MINING, LLC,
BRANDON BUCHANAN, and
CHRISTOPHER DANNEN,

                      Defendants.

20 Civ. 3274 (VM)

**Second Amended
Case Management Order**

---

This Court's May 5, 2021, Case Management Order, ECF No. 75, remains in effect, except the remaining deadlines are amended as follows:

1.     All <u>fact</u> discovery is to be completed by: **February 4, 2021.**

2.     Depositions to be completed by: **February 4, 2021**.

3.     All <u>expert</u> discovery (ordinarily conducted following the completion of fact discovery) including parties' expert reports and depositions, witness lists and identification of documents pursuant to Fed. R. Civ. P. 26(a)(2), (3) and 35(b), is to be completed by:

       a.     Plaintiff:   **[2 months from end of fact discovery]**
       b.     Defendant:  **[3 months from end of fact discovery]**

---

TO BE COMPLETED BY THE COURT:

4.     The next Case Management Conference is scheduled for:  February 18, 2022 at 12:30PM

      In the event the case is to proceed to trial, a firm trial date and the deadline for submission of the Joint Pretrial Order and related documents shall be scheduled at the pretrial conference following either the completion of all discovery or the Court's ruling on any dispositive motion.

The Joint Pretrial Order should be prepared in accordance with Judge Marrero's Individual Practices. If this action is to be tried before a jury, proposed voir dire and jury instructions shall be filed with the Joint Pretrial Order. No motion for summary judgment shall be served after the deadline fixed for the Joint Pretrial Order.

**SO ORDERED:**

DATED: New York, New York

November 19, 2021

_____
Victor Marrero
U.S.D.J.